51 F.3d 270
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ramon Joseph VEALE, Plaintiff-Appellant,
v.
HEAD JAILER, Portsmouth City Jail; Deputy Keeler; Deputy
Ratliff; Deputy Shaw; Medical Department, of the
Portsmouth City Jail, Defendants-Appellees.
 No. 94-7424.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 15, 1995.
Decided April 5, 1995.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-94-752-2)
 Ramon Joseph Veale, appellant pro se.
 Before RUSSELL and WILLIAMS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order dismissing his 42 U.S.C. Sec. 1983 (1988) complaint. The district court dismissed the case without prejudice when Appellant failed to comply with court's fee order directing Appellant to pay the filing fee. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.